IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pocono Manor Investors, LP,   :
              Petitioner   :
                         :
       v.               :  No. 133 M.D. 2018
                         :  ARGUED: March 13, 2019
Department of Environmental   :
Protection of the Commonwealth of  :
Pennsylvania and Environmental   :
Quality Board of the Commonwealth :
of Pennsylvania,             :
             Respondents  :


BEFORE:   HONORABLE MARY HANNAH LEAVITT, President Judge
               HONORABLE RENÉE COHN JUBELIRER, Judge
               HONORABLE PATRICIA A. McCULLOUGH, Judge
               HONORABLE ANNE E. COVEY, Judge
               HONORABLE MICHAEL H. WOJCIK, Judge
               HONORABLE CHRISTINE FIZZANO CANNON, Judge
               HONORABLE ELLEN CEISLER, Judge


# **O R D E R**

NOW, this 5th day of June, 2019, it is ordered that the above-captioned Memorandum Opinion, filed May 6, 2019, shall be designated OPINION and shall be REPORTED.


                                       _____

                                       ELLEN CEISLER, Judge